STATE *v.* ALBERT DEYO.

November Term, 1910.

Present: ROWELL, C. J., MUNSON, WATSON, HASELTON, AND POWERS, JJ.

Opinion filed January 9, 1911.

*Intoxicating Liquors—Illegal Transportation—Evidence—Sufficiency.*

*Chase & Daley* for the respondent.

*Charles H. Williams*, State's Attorney, for the State.

POWERS, J. This case presents the same questions as are passed upon in *State* v. *Charles Deyo, ante,* p 114, and for the reasons therein stated

*Judgment is reversed and the respondent discharged.*